UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAFIYEHSADAT HOSSEININEJAD and AMIRHOSSSEIN TAJADDINI,<br><br>                    Plaintiffs,<br><br>   v.<br><br>ANTHONY J. BLINKEN, Secretary of State<br><br>                    Defendant. | CASE NO. 2:25-cv-00895-LK<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKTS 5 AND 6.** |

Plaintiffs Safiyehsada Hosseininejad and Amirhossein Tajaddini filed a complaint for Writ of Mandamus and Declaratory Relief requesting Defendant adjudicate an immigrant visa which has been pending for over 18 months. Dkt. 1. The Court **GRANTS both** Plaintiffs' applications to proceed in forma pauperis (Dkts. 5 and 6) under 28 U.S.C § 1915(a)(1). The Clerk shall provide Plaintiffs and Assistant United State Attorney Michelle Lambert a copy of this Order.

DATED this 27th day of May, 2025.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge